# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) MEGAN CAPEL, Administratrix of the Estate of Terral Brooks Ellis II, Deceased, <br> (2) TERRAL B. ELLIS, SR., and <br> (3) SHELLY BLISS, <br><br> Plaintiffs, <br><br> v. <br><br> (1) OTTAWA COUNTY BOARD OF COUNTY COMMISSIONERS, <br> (2) JEREMY FLOYD, SHERIFF OF OTTAWA COUNTY, in his Official Capacity, <br> (3) TERRY DURBOROW, <br> (4) THERESA HORN L.P.N., <br> (5) JENNIFER GRIMES, <br> (6) KENT WILLIAMS, <br> (7) BAPTIST HEALTHCARE OF OKLAHOMA, LLC d/b/a INTEGRIS MIAMI EMS; <br> (8) OFFICER JEFFREY HARDING, <br> (9) OFFICER BRAY, and <br> (10) OFFICER CHARLES SHOEMAKER, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: CIV-17-325-JED-FHM <br><br> ATTORNEY LIEN CLAIMED <br> JURY TRIAL DEMANDED |

**PLAINTIFFS AND DEFENDANTS JENNIFER GRIMES, KENT WILLIAMS AND BAPTIST HEALTHCARE OF OKLAHOMA, LLC'S *UNOPPOSED* JOINT APPLICATION FOR WRIT OF ASSISTANCE**

**COME NOW** Plaintiffs Megan Capel, Administratrix of the Estate of Terral Brooks Ellis II, deceased, Terral B. Ellis, Sr., and Shelly Bliss, and Defendants Jennifer Grimes, Kent Williams and Baptist Healthcare of Oklahoma, LLC, d/b/a Integris Miami EMS, and hereby jointly request this Court enter an Order pursuant to 63 O.S. § 939 and/or 949, authorizing and directing the Office of the Chief Medical Examiner, State of

1

Oklahoma, to release and permit inspection and copying of all documents in the Medical Examiner Case File, including but not limited to color copies of the death certificate, the entire ME file, an allocation of any tissue and blood samples, recuts of the microscopic slides, and photographs if applicable concerning the death of Terral Brooks Ellis, II, with date of birth 02/14/1989, collected following his death on 10/22/2015 in Miami, Oklahoma.

Applicants represent to the Court that the autopsy and the Medical Examiner's report have been completed and these documents and samples are necessary for discovery into this matter and without the requested order, remaining specimens may otherwise be discarded pursuant to the standard policies and procedures of the Office of the Medical Examiner.

Applicants are authorized to report that no party this lawsuit objects to the relief requested herein.

Counsel for the Chief Medical Examiner, Assistant Attorney General John M. Crittenden, Office of the Attorney General, has been contacted about this matter, and has no objection to the release of any possible samples, the ME file, etc. to counsel for all parties, provided there is a Court Order directing such release as required by 63 O.S. §§ 939 and/or 949.

A proposed Order is being submitted contemporaneously herewith.

WHEREFORE, Applicants hereby request that this Court enter its Order directing the Office of the Chief Medical Examiner to produce and permit inspection and copying of all documents in the Medical Examiner Case File, including but not limited to an allocation of any tissue and blood samples, recuts of the microscopic slides, and photographs if applicable concerning the death of Terral Brooks Ellis, II. Such materials should be

released to Applicants respective attorneys, contact information below, on or before fourteen (14) business days after receipt by the Office of Chief Medical Examiner of a certified copy of this Order.

Respectfully submitted,

/s/ Bryon D. Helm
Daniel E. Smolen, OBA#19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
SMOLEN & ROYTMAN, PLLC
701 S. Cincinnati Ave.
Tulsa, Oklahoma 74119
P: (918) 585-2667
F: (918) 585-2669

*Attorneys for Plaintiffs*

-And-

/s/ John R. Paul (*signed with permission*)
John R. Paul, OBA #6971
PAUL & LACKEY, P.C.
Nine East Fourth Street, Suite 400
Tulsa, Oklahoma  74103-5118
Tele: (918) 584-2583
Fax: (918) 587-8521

*Attorney for Defendants*
*Baptist Healthcare of Oklahoma, LLC,*
*Jennifer Grimes and Kent Williams*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/ Bryon D. Helm