IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) ROBBIE EMERY BURKE, )
    Special Administratrix of the )
    Estate of Terral Brooks Ellis, II, )
    Deceased, )
(2) TERRAL B. ELLIS, SR., and )
(3) SHELLY BLISS, )
    )
    Plaintiffs, )
    )
v. ) Case No. CIV-17-325-JED-FHM
    )
(1) JEREMY FLOYD, SHERIFF OF )
    OTTAWA COUNTY, in his )
    official capacity, et al., )
    )
    Defendants. )

## DEFENDANTS' UNOPPOSED MOTION AND BRIEF
## TO ENLARGE DEADLINE TO SUBMIT MOTIONS IN LIMINE

This is a death case. Decedent Terrall Ellis was incarcerated in the Ottawa County Jail from October 10-22, 2015. Decedent died at Integris Baptist Regional Hospital in Miami, Oklahoma, following his transport there from the Ottawa County Jail. Plaintiffs contend that the Decedent was not provided adequate medical care in the Ottawa County Jail and thereafter and that such inadequate medical care caused Decedent's death. The Plaintiffs have sued multiple Defendants: some are current or former employees or elected officials of Ottawa County, others are medical providers associated with Integris Baptist Regional Hospital.

The Court's Second Amended Scheduling Order (Doc. 102) sets, among other deadlines, December 18, 2019 as the deadline for the parties to submit their dispositive motions and their motions in limine. The undersigned requests that the December 18, 2019 deadline for motions in limine be enlarged by 14 days, which is until January 2,

2020. By staggering the dispositive motion and motions in limine due date by 14 days, the parties are able to focus their efforts on the dispositive motions that are due December 18, 2019. Likewise, this will avoid having the parties' responses and replies to each other's dispositive motions and motions in limine from being due at the same time. The trial in this case is set for June 2020. Enlarging the motions in limine deadline from December 18, 2019 to January 2, 2020 should have no impact on the remaining deadlines in this case. No party is opposed to this Motion.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK   73105-1815
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail: acg@czwlaw.com

ATTORNEY FOR DEFENDANTS JEREMY FLOYD, TERRY DURBOROW AND JEFFREY HARDING

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel E. Smolen, via electronic mail at: danielsmolen@ssrok.com
kendrarash@ssrok.com
Robert M. Blakemore, via electronic mail at: bobblakemore@ssrok.com
Bryon D. Helm, via electronic mail at: bryonhelm@ssrok.com
SMOLEN & ROYTMAN, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119
***Attorneys for Plaintiffs***

John R. Paul, via electronic mail at: john@paulandlackey.com
PAUL & LACKEY, P.C.
9 East Fourth Street, Suite 400
Tulsa, OK 74103

John David Lackey, via electronic mail at: johndavid@paulandlackey.com
Amy N. Bennett, via electronic mail at: amy@paulandlackey.com
PAUL & LACKEY, P.C.
20 East Fifth Street, Suite 1000
T7ulsa, OK 74103
**Attorneys for Defendants Baptist Healthcare of Oklahoma, LLC,**
  **d/b/a Integris Miami EMS, Jennifer Grimes and Kent Williams**

Randall J. Wood, via electronic mail at: rwood@piercecouch.com
Carson C. Smith, via electronic mail at: csmith@piercecouch.com
Pierce Couch Hendrickson Baysinger & Green, L.L.P.
1109 N. Francis
Oklahoma City, OK 73106
**Attorney for Defendants Johnny Bray**
  **and Charles Shoemaker**

James L. Gibbs, II, via electronic mail at: jgibbs@gphglaw.com
GOOLSBY, PROCTOR, HEEFNER & GIBBS, P.C.
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK 73102-6006
**Attorney for Defendant Theresa Horn, L.P.**

                                          s/ Ambre C. Gooch
                                          Ambre C. Gooch