Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) MEGAN CAPEL, Administratix,)
of the Estate of Terral Brooks )
Ellis, II, Deceased,            )
(2) TERRAL B. ELLIS, SR., and   )
(3) SHELLY BLISS,               )
        Plaintiffs,             )
                                )
vs.                             )No. CIV-17-325-JED-FHM
                                )
OTTAWA COUNTY BOARD OF COUNTY   )
COMMISSIONERS, et al,           )
        Defendants.             )


VIDEO DEPOSITION OF
DEREK DERWIN


DATE:  SEPTEMBER 25, 2019

REPORTER:  MARISA SPALDING, CSR, RPR


Spalding Reporting Service, Inc.
1611 South Utica Avenue, Box 153
Tulsa, Oklahoma 74104
(918) 284-2017

Electronically signed by Marisa Spalding (401-062-868-9834)          5ddd4d26-1642-4fbc-8a9e-9f284b6e3912

EXHIBIT 15

Page 185

1    play this and I'm going to ask you to direct your          16:38

2    attention to -- it's really going to be the top right

3    and the two bottom videos, okay?                           16:38

4         A    Very well.

5                         (Video playing)                       16:38

6         Q    (By Mr. Gibbs)  Are you able to see that

7    Mr. Ellis has walked out of that holding cell,             16:39

8    Mr. Derwin?

9         A    Yes.                                             16:39

10        Q    Okay.

11                        (Video playing)                       16:39

12        Q    We have -- what is the room that Mr. Ellis is

13   walking into, if you know?                                 16:39

14        A    That's the restroom in the booking area.

15        Q    Just based on your observations, did Mr.         16:39

16   Ellis appear to have any difficulty walking?

17        A    No, without a --                                 16:39

18                        (Video playing)

19        Q    Are you able to identify the gentleman coming    16:40

20   out of the room as Mr. Ellis?

21        A    Yes.                                             16:40

22        Q    Can you tell what's in his left hand?

23        A    It looks like a cup.                             16:40

24        Q    Okay.

25                        (Video playing)                       16:41

Page 186

1    Q    Do you know who the jailer is sitting at the        16:41

2    desk there?

3    A    I believe that's Cartis Lawson.                     16:41

4    Q    Okay.

5              (Video playing)                                16:41

6    Q    Mr. Derwin, that appears, like I said from

7    the document, to have been recorded at 8:21:25 on        16:41

8    October 21st; is that correct?

9    A    Yes.                                                 16:42

10    Q    I want to show you -- now you were asked

11    questions by Mr. Smolen and I wrote the times down.      16:42

12    And you probably don't recall the specific times, but

13    he showed you video -- this -- this was at 8:18 p.m.     16:42

14    He showed you videos from 9:34 p.m., 9:47 p.m., 9:55

15    p.m., 10:11 p.m., 10:56 p.m. and 12:42 p.m., all on      16:42

16    the same evening.  And Mr. Ellis was complaining.  He

17    was moaning.  He was advising the jailers that his       16:42

18    legs were paralyzed.  Do you recall that video and

19    being asked those questions?                             16:42

20    A    Yes.

21    Q    I don't expect you to recall the exact              16:42

22    timeframes, but the record will speak for itself.  I

23    want to show you the next video.  Let me find it for     16:42

24    you real quick.  Okay.  And as you can see --

25              MR. SMOLEN:  Hey, Jim, not to interrupt        16:43

Page 188

```
 1              MR. SMOLEN:  Okay.                      16:43
 2     Q   (By Mr. Gibbs)  So, Mr. Derwin, now we're
 3  looking at it.  You can see.  This is on 10/22/2015 at   16:43
 4  1:37 a.m., correct?
 5     A   Yes.                                         16:43
 6     Q   Based on at least the time stamp on this
 7  document?                                           16:43
 8     A   Yes.
 9     Q   Now this is after the one, two, three, four,  16:43
10  five, six entries that Mr. Smolen asked you about
11  wherein Mr. Ellis was complaining that he was       16:43
12  paralyzed, that he was moaning in pain and he had all
13  of those problems; do you recall that?              16:44
14     A   I -- I don't remember the specific times but,
15  yes, the content, yes, I remember it.               16:44
16     Q   Okay.
17                   (Video playing)                    16:44
18     Q   Are you able to recognize who the person is
19  in the video of the top right?                      16:44
20     A   Yes, that's Mr. Ellis.
21     Q   Okay.  Is he walking?                        16:44
22                   (Video playing)
23     A   Yes, he just walked out.                     16:44
24     Q   Does he appear, at least from this video, to
25  be in any distress?                                 16:45
```

Page 189

```
 1                    MR. SMOLEN:  Object to the form.        16:45
 2                    THE WITNESS:  No, from this angle, no.
 3       Q    (By Mr. Gibbs)  Does it appear that he's        16:45
 4  paralyzed?
 5       A    No.                                             16:45
 6       Q    If this video was taken after the six others
 7  that we've seen already today wherein Mr. Ellis was       16:45
 8  claiming to be paralyzed, would this video be
 9  inconsistent with that?                                   16:45
10       A    Yes.
11                    MR. SMOLEN:  Objection to the form.     16:45
12  Misstates the testimony.
13                         (Video playing)                    16:45
14       Q    (By Mr. Gibbs)  Are you able to see what he
15  had in his hand?                                          16:45
16       A    It appears to be a cup.
17       Q    And where is he going?                          16:45
18       A    In the bathroom.
19       Q    You were also asked about if Mr. Ellis was      16:45
20  required to urinate on his mattress, if there was
21  evidence of that.  Does this suggest to you at least      16:45
22  Mr. Ellis was, at least at this point in time, on his
23  second trip to the bathroom in this -- in the past        16:45
24  five hours?
25       A    I assume --                                     16:46
```

Page 190

```
 1              MR. SMOLEN:  Object to the form.              16:46
 2              THE WITNESS:  I assume he's going in
 3    there to use the restroom.  I...                       16:46
 4       Q   (By Mr. Gibbs)  He's at least being -- being
 5    given the opportunity, correct?                        16:46
 6       A   Yes.
 7                    (Video playing)                        16:47
 8       Q   Is that Mr. Ellis?
 9       A   Yes.                                            16:47
10       Q   Is he holding a cup in his hands?
11       A   Yes.                                            16:47
12       Q   Is there water available to him inside that
13    bathroom?                                              16:47
14       A   Yes.
15       Q   Do you hear -- and I'll play the rest of it.    16:48
16    Well, does Mr. Ellis appear to be paralyzed there?
17       A   No.                                             16:48
18       Q   Does he appear to you to be dying?
19       A   No.                                             16:48
20       Q   And I want you to -- and listen if he appears
21    to be making any complaints, moaning in pain, or       16:48
22    making any other issues?
23                    (Video playing)                        16:48
24       Q   Did you hear Mr. Ellis making any complaints?
25       A   No.                                             16:48
```

Page 191

```
 1      Q    Did you hear him yelling out that he couldn't      16:48
 2   move?
 3      A    No.                                                16:48
 4      Q    Did you hear him yelling out that he needed
 5   water?                                                     16:48
 6      A    No.
 7      Q    And this was, again, at 1:37 a.m.  So I know       16:48
 8   you don't know the specific times, but after the six
 9   entries that you looked at where he was making those      16:48
10   complaints, okay?
11             MR. SMOLEN:  Objection to the form.  The        16:48
12   clips were shown both on the 21st and on the morning
13   of the 22nd.                                              16:48
14             MR. GIBBS:  Okay.
15             MR. SMOLEN:  Jim, I just wanted you --           16:48
16             MR. GIBBS:  No.
17             MR. SMOLEN:  I want the record to be             16:48
18   clear.
19             MR. GIBBS:  Sure.  Yeah, the last one            16:49
20   you showed was 12:42 a.m. on the 22nd.
21             MR. SMOLEN:  No, there was a clip                16:49
22   from...
23             MR. GIBBS:  No, you showed clips all --          16:49
24   I wrote every one of them down.
25             MR. SMOLEN:  Okay.                               16:49
```

Page 193

```
1      A    Correct.                                        16:50

2      Q    The next one I want to show you, Mr. Derwin,

3  is at 3:22 a.m., so this is just a couple of hours      16:50

4  later than the last one we've had.

5      A    Okay.                                           16:50

6                    (Video playing)

7      Q    (By Mr. Gibbs)  Now were you able to           16:50

8  understand what he just said?

9      A    No.                                             16:50

10     Q    I'll replay it again.  I believe he's saying,

11 C.O., bathroom.                                         16:50

12                   (Video playing)

13     A    That's what I hear.                            16:50

14     Q    Okay.

15                   (Video playing)                       16:51

16     Q    Who is that, if you know?

17     A    Mike Wiford.                                    16:51

18     Q    Okay.

19                   (Video playing)                       16:51

20     Q    Do you recognize who that is coming out of

21 the cell?                                               16:51

22     A    It appears to be Mr. Ellis.

23                   (Video playing)                       16:52

24     Q    Does that appear to be Mr. Ellis going into

25 the bathroom again?                                     16:52
```

Page 194

1    A    Yes.                                              16:52

2    Q    Mr. Derwin, I've shown you three clips within

3  about a ten-hour period that overlap the evening of      16:52

4  the 21st and the morning hours of the 22nd.  In any of

5  these videos, did you -- did it appear to you that       16:52

6  Mr. Derek was paralyzed?

7              MR. SMOLEN:  Mr. Ellis.                       16:52

8    Q    (By Mr. Gibbs)  Mr. Ellis, I'm sorry?

9    A    No.                                               16:52

10   Q    Did it appear to you that Mr. Ellis was being

11  deprived of using the restroom?                          16:52

12   A    No.

13   Q    Did it appear to you that Mr. Ellis was being     16:52

14  deprived of water?

15   A    No.                                               16:52

16   Q    Mr. Derwin, if jail staff was aware that Mr.

17  Ellis had made these three trips where he was walking    16:52

18  after he had claimed to be paralyzed, would those be

19  inconsistent positions by Mr. Ellis?                     16:52

20              MR. SMOLEN:  Object to the form.

21              THE WITNESS:  Yes, that's reasonable,        16:52

22  yes.

23   Q    (By Mr. Gibbs)  Now we -- those are               16:52

24  documented videos of Mr. Ellis walking.  And if -- if

25  my times are correct and I will accept -- ask you to     16:52