10-10-15
OCSO

**Sheriff's Department Name**
*Department Info Line 2*
*Department Info Line 3*

**ELLIS, TERRAL BROOKS**

Alias
ID #
SSN
DLN
DOB
Gender  M
Height  510
Weight  179
Race    WHITE
Eyes    HAZEL
Hair    BROWN
Cat     ARRESTED
SubCat

 

| Address | | PlaceOfBirth |
| --- | --- | --- |
|  | | OK |

| Occupation | Employer | WorkAddress |
| --- | --- | --- |
| ELECTRICIAN | UNEMPLOYED | |

| NextOfKin | NOKAddress | EducationLevel |
| --- | --- | --- |
| GARRY GARETT | TULSA OK | GED |

| Phone | WorkPhone | NOKPhone |
| --- | --- | --- |
|  |  |  |

| Code1 | Code2 | Code3 |
| --- | --- | --- |
| SELF | OCSO | OCSO |

**SMT**
BURN R ARM ELBOW CREASE TAT CHEST (SKIES THE LIMIT) TAT UPPER BACK (1989) TAT L CALF (MOMMA TRIED)

**Notes**

| Date | Case# | Chg# | Arr# | Cnt | Charge |
| --- | --- | --- | --- | --- | --- |
| 10/10/2015 | CF-14-00197 | DIST | 10000.00 | 001 | FTA- DUI SEC & SUB / DUS |

**EXHIBIT 1**

000016

# Book-In Sheet

## Inmate Name:   ELLIS, TERRAL BROOKS

ID:     SSN: ███   DLN: ███   DOB: ███

Printed On 10/10/2015

Book In Date: 10/10/2015   Reference#:     Warrant#: CF-14-00197

Docket Number:

Book In Date: 10/10/2015   Book In Time: 2059

Arresting Agency: OCSO
Booking Officer: JBRAY            Arrest Officer(s): SELF
Arrest Location: OCSO
Finger Print: YES

Arraign Date:     Arraign Time:

Next Of Kin: GARRY GARRETT     Next Of Kin Phone: ███
Next Of Kin Address: ███

Bond: 10000.00              Fine:
Sentence Begins:           Sentence Expires:
Attorney:    Date Appointed:

Section:    Block:    Cell:

Charge/Conviction:
    FTA DUI SEC & SUB / DUS

Hold For:
    OCSO

Classification:
    MAX

Notes

Jailer/Booking Officer ___[signature]___    Date 10/10/15

**EXHIBIT 1**

000017

## Medical Treatment/ Injuries

Inmate Name:   ELLIS, TERRAL BROOKS

ID:        SSN: ▓▓▓▓      DLN: ▓▓▓▓      DOB: ▓▓▓▓

Printed On 10/10/2015

Book In Date: 10/10/2015   Reference#:   Warrant#: CF-14-00197

Previous/Current Medical Conditions:
   Asthma

Treatment and Treatment Date:
   TREATED IN TULSA AT ST. FRANCIS

Prescriptions/Medical Treatments/Medical Programs:
   ALBUTOROL

Medical Notes:
   NONE

Description of any Recent Physical Injury:
   NONE

How Injury was Received:
   NONE

--No Injuries Treated Prior to Book-In--

Description of Injury Treatment:
   NONE

Jailer/Booking Officer _____[signature]_____   Date 10/10/15

EXHIBIT 1

000018

## Inmate Personal Property Check-In

Inmate Name:   ELLIS, TERRAL BROOKS

ID:   SSN:   DLN:   DOB:

Printed On 10/10/2015

Book In Date: 10/10/2015   Reference#:   Warrant#: CF-14-00197

Personal Property Items:
  Jacket   Shirt   Shoes   Cigs/Lighter

Other Items:  WHITE T SHIRT / JEAN SHORTS / GRAY ZIP VEST / WHITE BELT /

Personal Property Notes:

Currency:   Coins:   Checks:   Total Money:  $ 0
Notes On Cash:

--Vehicle Not Impounded--
Where Impounded:
Vehicle Type:   Make:
Model:   Vehicle Year:
Lic Number:   Lic State:

Vehicle Condition/Notes:

Check In:
Signature X [signature]   Date 10/10/15

Check Out:
Signature N/A   Date 10/22/15

Jailer/Booking Officer [signature]   Date 10/10/15

EXHIBIT 1

000019

## Jail Property Issued

Inmate Name:   ELLIS, TERRAL BROOKS

ID:   SSN: ███   DLN: ███   DOB: ███

Printed On 10/10/2015

Book In Date: 10/10/2015   Reference#:   Warrant#: CF-14-00197

Jail Property Issued:
   Mattress  Towel  Blanket  Coveralls  Shoes  Cup  Toothbrush  Toothpaste  Comb  PRISONER REG.

Other items Issued:
   HYGINE KIT

Notes:
   ALL IN GOOD REPAIR

Issued:
Signature _[signature]_   Date 10/10/15

Returned:
Signature  N/A   Date 10/22/15

Jailer/Booking Officer _[signature]_   Date 10/10/15

EXHIBIT 1

000020

| | |
|---|---|
| Name: ELLIS, TERRAL BROOKS  SSN: ▓  ID:  DLN: ▓  DOB: ▓ | |
| Date: 10/10/2015  Time: 2059  Ref #:  War #: CF-14-00197  Docket #: | |
| Signature: Officer: [signature]  Date: 10/10/15 | Inmate: [signature]  Date: 10/10/15 |

| Arrest Agency | Arrest Officers |
|---|---|
| OCSO | SELF |

| Arrest Location | Book Officer | Fingerprint |
|---|---|---|
| OCSO | JBRAY | YES |

| Bond | Fine | Sentence Begins | Sentence Expires |
|---|---|---|---|
| 10000.00 | | | |

| Atty | Date Appointed | Charge/Conviction |
|---|---|---|
| | | FTA DUI SEC & SUB / DUS |

| Block | Section | Cell | Arraign Date | Arraign Time |
|---|---|---|---|---|
| | | | | |

| Hold For | Classification |
|---|---|
| OCSO | MAX |

**Book In Notes**

**Medical Checklist**
Asthma

**Treatments/Dates**
TREATED IN TULSA AT ST. FRANCIS

| Prescriptions/Medical Programs | Medical Notes | |
|---|---|---|
| ALBUTOROL | NONE | |

| Recent Injuries | | Treated? |
|---|---|---|
| NONE | | No |

| How Received | Treatment Desc |
|---|---|
| NONE | NONE |

**Personal Property Checklist**
Jacket  Shirt  Shoes  Cigs/Lighter

| Other Items | Personal Property Notes |
|---|---|
| WHITE T SHIRT / JEAN SHORTS / GRAY ZIP VEST / WHITE BELT / | |

| Money | Money Notes |
|---|---|
| Cash:  Coins:  Checks: | |

| Vehicle Type | Make | Model | Year | Lic# | Lic State |
|---|---|---|---|---|---|
| | | | | | |

| Impounded? | Where Impounded | Veh notes/condition |
|---|---|---|
| No | | |

**Jail Property Issued**
Mattress  Towel  Blanket  Coveralls  Shoes  Cup  Toothbrush  Toothpaste  Comb  PRISONER REG.

| Other Items Issued | Jail Property Notes |
|---|---|
| HYGINE KIT | ALL IN GOOD REPAIR |

*** Warrants Check

| Ex Text 1: | Ex Text 2: |
|---|---|
| REFUSED  2103 PER JBRAY | REFUSED  2103 PER JBRAY |

**Extra Notes:**

EXHIBIT 1

000021

```
                                              D.O.B. ▮▮▮▮▮
                                              SS#    ▮▮▮▮▮
BENCH WARRANT                                 DL#    ▮▮▮▮▮
==========================================    RACE:     GENDER:
==================================================================
                                              Case No. CF-14-00197
```

IN THE DISTRICT COURT OF OTTAWA COUNTY, STATE OF OKLAHOMA:

THE STATE OF OKLAHOMA, TO ANY SHERIFF, CONSTABLE, OR POLICEMAN IN THIS STATE:

TERRAL BROOKS ELLIS

having been, on 10/27/14, duly charged in the District Court of Ottawa County, State of Oklahoma, of the crime of

BW ISSUED FTA CF/CM/WL
(DUI-ALCOHOL, SECOND & SUBSEQUENT)
(DUS)

you are hereby commanded forthwith to arrest the above named:

TERRAL BROOKS ELLIS
57100 E 131 RD
MIAMI, OK 74354

and bring him/her before that Court for judgment, or if the Court has adjourned for the term, you are to deliver him/her into the custody of the Sheriff of Ottawa County, State of Oklahoma.

Given under my hand, with the seal of said Court affixed on 10/30/14.

By order of the Court

_____ Judge

Bond Amount: $10,000⁰⁰

CASSIE KEY_____, Court Clerk

By_____, Deputy

==================================================================
OFFICER'S RETURN

I RECEIVED THIS BENCH WARRANT ON THE _____ DAY OF _____, 20___, AND EXECUTED SAME ON THE _____ DAY OF _____, 20___, BY _____

_____ SHERIFF

BY_____ DEPUTY

RECEIVED
OCT 30 2014
Ottawa County Sheriff's Office
Miami, OK

EXHIBIT 1

000022