<u>Exhibit 3</u>

Nursing Progress Notes

FILED UNDER SEAL