# Exhibit 7

# Integris EMS Run Report

# FILED UNDER SEAL