# Ottawa County Incident Report

- ☐ FOODS/KITCHEN
- ☐ USE OF FORCE/RESTRAINTS
- ☐ DESTRUCTION OF PROPERTY
- ☐ MAINTENANCE PROBLEM
- ☐ CONTRABAND
- ☐ ALCOHOL / DRUGS
- ☒ INFORMATION
- ☒ OTHER
- ☐ VISITATION
- ☐ WEAPON
- ☐ KEYS/LOCK

INMATE INVOLVED: ELLIS, TERRAL    LOCATION: Housing Unit B

10/21/2015 (DATE OF INCIDENT)    2132 hrs PM (TIME OF INCIDENT)

(SIGNATURE OF REPORTING EMPLOYEE)
PRINTED NAME OF REPORTING OFFICER: BRAY, JOHNNY

WITNESS: Shoemaker, Charles / C/O lawson, Curtis / Harding, Jeff

DETAILED DESCRIPTION OF INCIDENT: (PRINT OR TYPE) - INCLUDE WHAT HAPPENED WHEN HOW WHERE AND WHY

On the above date and approx. time while on duty at the Ottawa County Jail, I C/O JBray along with C/O CLawson were called by radio to Housing Unit D in response to an inmate suffering from possible medical conditions. Upon arrival to the cell C/O C.Lawson handed me his set of Jail keys and entered the pod to where the inmate was laying. I then ordered the inmates that were surrounding the inmate to move from his position allowing C/O Lawson a safe area to check the inmate. Once there C/O C.Lawson identified the inmate as ELLIS, TERRAL DOB [redacted] He appeared to be in the process of having a seizure. C/O C.Lawson then attempted to speak to the inmate in order to get him to respond. I then alerted the Observation/Control tower Officer/Dispatcher Nadeau, Sandra of the situation and requested that she contact the Jail Nurse Teresa Horn. After several minutes Officer/Dispatcher Nadeau than notified me that the Nurse informed her to alert EMS to come and check on the inmate. I then informed C/O Lawson of what the Nurse had advised us to do, and ordered the remaining inmates inside the pod to the recreation yard in order provide safety to EMS crews while on the floor.

At approx. 1639 hours the Miami Fire Department 1st Responders arrived C/O C.Lawson greeted them at the sally port while I remained with the inmate. Once they arrived on the floor I C/O JBray informed them of the situation. They then began to check the inmate for any signs of distress, I then ordered C/O C.Lawson to remain with 1st Responders and returned to the Sally Port in order to let EMS onto the floor.

At approx. 1641 hours EMS arrived at the Ottawa County Jail. I also advised them what the inmate symptoms were prior to their arrival, and his past medical history that the inmate provided the Ottawa County Jail upon his book-in. Myself along with EMS then went to Housing Unit D and they began checking his vitals as well as evaluating his current medical status.

At approx. 1643 hours the Observation/Control tower advised me that she had been contacted by inmates located in Housing Unit B that inmate Holderfield, Shana DOB [redacted] was unresponsive and cold to the touch at which point I informed C/O lawson of the situation that had transpired in Housing Unit B and had him remain with EMS/1ST Responders and went to Housing Unit B. Upon my arrival I ordered all the inmates to the far back wall located by the showers. I informed Officer/Dispatcher that I was checking on the inmate. I then attempted to talk to the inmate who was laying on her back staring at the ceiling, I asked her if she knew who i was and if she knew where she was. I then checked her pulse and found it to be beating normally, I then used my radios built in flash light to see if her eyes would react to the light, at which point both pupils contracted

BRAY 1

EXHIBIT 8

when presented with the light, and her eyes began to move and blink. I then checked to see if she was breathing and could see her clearly breathing.

At approx. 1647 hours Asst. Jail Administrator Shoemaker, Charles along with Jail Administrator Harding, Jeff arrived on the floor and joined me in Housing Unit B. At this point Asst. Jail Administrator ordered me to place all the female Inmates into the recreation yard. I then was given an ammonia inhalant to check if she was breathing and would respond. Upon activating it I C/O J.Bray placed it under her nose at which point she appeared to hold her breath and close her eyes. After several seconds she took a deep breath and after inhaling the odor produced she then began to try to resist its effects. We were then informed via radio by Officer/Dispatcher Nadeau that the Nurse wanted us to have EMS Check on her as well.

At approx 1651 hours EMS arrived in Housing Unit B and began to check on the female inmates health. I informed them what I had already done as EMS began to attempt to speak with the inmate and when she did not respond the female medic attempted a chest rub to which the inmate winced. She then moved her index finger over her eyes causing the inmate to blink. She informed us that she believed the female inmate was faking, since she had neither difficulty breathing, and responded to all her tests. Asst. Jail Administrator Shoemaker, Charles than had me unlock the recreation yard and allow the female inmates back into the Housing Unit. We then left the pod and returned to Housing Unit D.

After returning to Housing Unit D EMS advised that they found no medical emergencies, and that inmate Ellis, Terral may have minor bruising to his ribs but nothing that they could do that wasn't already being done by the Ottawa County Jail. It was at this point that Jail Administrator Jeff Harding instructed myself as well as C/O Lawson to move inmate Ellis to Holding Cell 1 and keep a eye on his symptoms and monitor him in the event that he was to worsen. We then had the inmate gather his belongings and he walked from Housing Unit D to Holding Cell 1 on his own accord.

At approx. 1658 EMS as well as 1st Responders left the floor. All other Jail operations returned to their normal activities and both inmates were monitored by both C/O Lawson and myself as well as the Control Tower. END OF REPORT

SUPERVISOR'S COMMENTS AND ACTION TAKEN:

_____
_____
_____

DISIPLINARY VIOLATION             SUPERVISOR SIGNATURE        DATE

CODE:_____                      PAGE 1 OF 1

**BRAY 2**

**EXHIBIT 8**