# Exhibit 11

Video Clip
Ellis Walking From D-Pod
To Cell H-1

To be filed Conventionally

EXHIBIT 11