# Exhibit 12

Video Clip
Ellis Goes to the
Bathroom at app. 8:18 pm

To be filed Conventionally

EXHIBIT 12