# Exhibit 13

Video Clip
Ellis Goes to the
Bathroom at app. 1:37 am

To be filed Conventionally

EXHIBIT 13