# Exhibit 14

Video Clip
Ellis Walks to the
Bathroom at app. 3:23 am

To be filed Conventionally

EXHIBIT 14