# Ottawa County Incident Report

- ☐ FOODS/KITCHEN
- ☐ USE OF FORCE/RESTRAINTS
- ☐ DESTRUCTION OF PROPERTY
- ☐ MAINTENANCE PROBLEM

- ☐ CONTRABAND
- ☐ ALCOHOL / DRUGS
- ☒ INFORMATION
- ☒ OTHER

- ☐ VISITATION
- ☐ WEAPON
- ☐ KEYS/LOCK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

INMATE INVOLVED: ELLIS, TERRAL    LOCATION: HOLDING CELL 1

**10/21/2015**
(DATE OF INCIDENT)

**2200** hrs. **PM**
(TIME OF INCIDENT)

_____
(SIGNATURE OF REPORTING EMPLOYEE)
PRINTED NAME OF REPORTING OFFICER: **BRAY, JOHNNY**

WITNESS: Lawson, Curtis

DETAILED DESCRIPTION OF INCIDENT: (PRINT OR TYPE) - INCLUDE: WHAT HAPPENED WHEN HOW WHERE AND WHY.

On the above date and approx. time while on duty at the Ottawa County Jail, I C/O J.Bray was sitting at the book in counter when Inmate Ellis, Terral DOB [redacted] called for a C/O to come to speak to him. I then moved to his cell door and asked him what he needed. He informed me that he was having a hard time moving and was still in pain. He further stated that he felt as if he was going numb from the waist down. After speakin to him I returned to the Book in desk and called the Jail Nurse Teresa Horn and informed her of the situation. She informed me that EMS had already been to the jail earlier in the day and checked on the inmate. She further instructed me to insist upon him that he needed to get up and move around, and that he needed to get up and utilize the bathroom himself. She told me that if he needed something for pain to give him some over the counter pain relief and she would be in to work the following morning to see him. END OF REPORT

SUPERVISOR'S COMMENTS AND ACTION TAKEN:
_____
_____
_____

DISIPLINARY VIOLATION            SUPERVISOR SIGNATURE        DATE
CODE: _____                    PAGE 1 OF 1

EXHIBIT 15

001025