# Ottawa County Incident Report

- ☐ FOODS/KITCHEN
- ☐ USE OF FORCE/RESTRAINTS
- ☐ DESTRUCTION OF PROPERTY
- ☐ MAINTENANCE PROBLEM
- ☐ CONTRABAND
- ☐ ALCOHOL / DRUGS
- ☒ INFORMATION
- ☒ OTHER
- ☐ VISITATION
- ☐ WEAPON
- ☐ KEYS/LOCK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**INMATE INVOLVED:** Ellis, Terral   **LOCATION:** holding cell one

**10-22-2015**
(DATE OF INCIDENT)

**1345** hrs. **PM**
(TIME OF INCIDENT)

_(Signature)_
(SIGNATURE OF REPORTING EMPLOYEE)

PRINTED NAME OF REPORTING OFFICER: **C.Shoemaker**

**WITNESS:**

**DETAILED DESCRIPTION OF INCIDENT:** (PRINT OR TYPE) - INCLUDE: WHAT HAPPENED WHEN HOW WHERE AND WHY.

On 10-22-2015 at approx. 1345 hours While on duty at the Ottawa county jail. I assistant administrator was doing a visual on inmate Ellis, Terral D.O.B [redacted] was in holding cell one for welfare check. While doing a visual site check I noticed that there was a blanket with a towel tied on the blanket that was sitting on his chest his feet and hands was slightly discolored to a blue with red spots. I opened the door to further check on inmate his arm was cold to touch. I had jail nurse Theresa Horn to come and check him she advised me to contact the emergency medical services. E.M.S had arrived and advised he needs to go and get checked out at the hospital due to discolor of skin and cold to touch and complaining of generalized pain all over. Nothing further to report at this time.

**SUPERVISOR'S COMMENTS AND ACTION TAKEN:**
_____
_____
_____

**DISIPLINARY VIOLATION**                **SUPERVISOR SIGNATURE**         **DATE**
**CODE:**_____                         PAGE 1 OF 1

000001

EXHIBIT 16