# Exhibit 17

# Quapaw Tribe Ambulance Report

# FILED UNDER SEAL