Exhibit 18

Integris Hospital Records

FILED UNDER SEAL