<u>Exhibit 19</u>

Medical Examiner Report

FILED UNDER SEAL