# Exhibit 3

# Video Still Shots of Terral Ellis

# To Be
# Filed Under Seal

EXHIBIT 3