IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUSTIN P. BOND, as Personal Representative of the Estate of Terral Brooks Ellis, II, deceased, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SHERIFF OF OTTAWA COUNTY in his official capacity, et al.,<br><br>Defendants. | Case No.: 17-cv-00325-CRK-CDL |

## JOINT NOTICE OF CLAIM RESOLUTION

COME NOW Defendants Baptist Healthcare of Oklahoma, LLC, d/b/a Integris Miami EMS, Kent Williams and Jennifer Grimes (hereinafter "Integris EMS Defendants"), together with Plaintiffs Austin Bond, as the Personal Representative of the Estate of Terral Ellis, II, Terral Ellis, Sr. and Shelly Bliss, ("Plaintiffs") -- the above-identified parties are hereinafter collectively referred to as the "Wrongful Death Claim Parties" -- by and through their counsel of record, and respectfully submit this Joint Notice of Claim Resolution as to the state law negligence / wrongful claims brought by Plaintiffs against the Integris EMS Defendants. The Wrongful Death Claim Parties jointly notify the Court that the negligence / wrongful claims brought by Plaintiffs against the Integris EMS Defendants have been resolved. Thus, there are no claims, defenses or other issues between the Wrongful Death Claim Parties which remain for resolution by this Court or a jury. Within 30 days of this Notice, the Wrongful Death Claim Parties shall submit a formal Rule 41 Stipulation of Dismissal.

This Notice of Claim Resolution in no way impacts, waives, resolves or otherwise affects Plaintiff Austin Bond, as the Personal Representative of the Estate of Terral Ellis, II's pending claims against Defendant Ottawa County Sheriff, in his Official Capacity.

Respectfully submitted,

/s/ John David Lackey
John David Lackey, OBA #20516
John R. Paul, OBA #6971
PAUL & LACKEY, P.C.
20 East Fifth Street, Suite 1000
Tulsa, OK  74103-5118
**Attorneys for the Integris EMS Defendants**

And

/s/Robert M. Blakemore
Daniel E. Smolen, OBA#19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
SMOLEN & ROYTMAN
701 S. Cincinnati Ave.
Tulsa, Oklahoma 74119
P: (918) 585-2667
F: (918) 585-2669
**ATTORNEYS FOR THE PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2023, I electronically transmitted the above and foregoing pleading to the Clerk of the Court using the ECF System for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this case.

/s/ John David Lackey
John David Lackey