UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Austin P. Bond as Personal Representative of the Estate of Terral Ellis II,<br><br>Plaintiff,<br><br>v.<br><br>The Sheriff of Ottawa County, in his Official Capacity,<br><br>Defendant. | 4:17-cv-00325-CRK-CDL |

### SECTION 1983 CLAIM – VERDICT

### FORM VERDICT

As to Plaintiff's claim that Defendant Ottawa County Sheriff, in his official capacity, violated Mr. Ellis' Constitutional right to adequate medical care, we the jury, empaneled and sworn in the above entitled cause, do, upon our oaths, find in favor of the following party:

| [✓] -- **Plaintiff** Austin Bond, as Personal Representative of the Estate of Terral Ellis | [ ] -- **Defendant** Ottawa County Sheriff, in His official capacity |
|---|---|

(If the jury finds for the above Defendant and against the above Plaintiff, simply sign and date the form. Do not proceed with damages. If the jury finds for the above Plaintiff and against the above Defendant, proceed to the damages question below, indicating what if any damages are awarded, and then sign and date the form on the following page.)

On finding in favor of the above Plaintiff against the above Defendant, we award compensatory damages in the amount of $ 33,000,000.

# REDACTED

Foreperson

Dated: 8/23/23